# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1901
Lower Tribunal No. F05-19776B
_____

**Sameer Muhammad,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Sameer Muhammad, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.